Circuit Court of Maryland

<u>Go Back Now</u>

# Case Information

Court System: **Circuit Court for Montgomery County - Civil System**

Case Number: **483406V**    Sub Type: **CONTRACT**

Date Filed: **09/08/2020**
Case Status: **OPEN**

## Plaintiff Information

*(Each Alias, Address, and Attorney for the Plaintiff is displayed)*
Name:   **MARRIOTT HOTEL SERVICES INC**
Address: **10400 FERNWOOD ROAD**
        **BETHESDA MD 20817**

### Attorney(s) for the Plaintiff

Name:           **AMUNSON, JESSICA RING**
Appearance Date: 09/09/2020
Address:        **JENNER & BLOCK LLP**
                **1099 NEW YORK AVE NW STE 900**
                **WASHINGTON DC 20001**
Phone:          **202-639-6000**

Name:           **QUINN, JOHN M**
Appearance Date: 10/22/2020
Address:        **ETHRIDGE, QUINN, KEMP, ROWAN**
                **& HARTINGER**
                **33 WOOD LN**
                **ROCKVILLE MD 20850**
Phone:          **301-762-1696**

Name:           **HARRISON, LINDSAY C**
Appearance Date: 11/24/2020
Address:        **JENNER & BLOCK LLP**
                **1099 NEW YORK AVE NW STE 900**
                **WASHINGTON DC 20001**
Phone:          **202-639-6000**

Name:           **COFFMAN, COLLEEN**
Appearance Date: 12/09/2020
Address:        **ETHRIDGE, QUINN, KEMP, ROWAN**
                **& HARTINGER**
                **33 WOOD LN**
                **ROCKVILLE MD 20850**
Phone:          **301-762-1696**

## Defendant Information

*(Each Alias, Address, and Attorney for the Defendant is displayed)*
Name:   **WARDMAN HOTEL OWNER LLC**
Address: **4747 BETHESDA AVE SUITE 200**
        **BETHESDA MD 20814**

*Attorney(s) for the Defendant*

| | |
|---|---|
| Name: | **MCAULIFFE, J STEPHEN III** |
| Appearance Date: | **10/08/2020** |
| Address: | **MILES & STOCKBRIDGE** |
| | **11 N WASHINGTON ST 700** |
| | **ROCKVILLE MD 20850** |
| Phone: | **301-762-1600** |

| | |
|---|---|
| Name: | **TANG, ROSALYN** |
| Appearance Date: | **10/14/2020** |
| Address: | **MILES & STOCKBRIDGE, P.C.** |
| | **SUITE 700** |
| | **11 N WASHINGTON ST** |
| | **ROCKVILLE MD 20850** |
| Phone: | **301-762-1600** |

| | |
|---|---|
| Name: | **SOLOWAY, TODD E** |
| Appearance Date: | **11/24/2020** |
| Address: | **PRYOR CASHMAN LLP** |
| | **7 TIMES SQ** |
| | **NEW YORK NY 10036** |
| Phone: | **212-326-0252** |

| | |
|---|---|
| Name: | **MOHLER, BRYAN T** |
| Appearance Date: | **11/24/2020** |
| Address: | **PRYOR CASHMAN LLP** |
| | **7 TIMES SQ** |
| | **NEW YORK NY 10036** |
| Phone: | **212-326-0466** |

---

| | |
|---|---|
| Name: | **PACIFIC LIFE INSURANCE COMPANY** |
| Address: | **700 NEWPORT CENTER DRIVE** |
| | **NEWPORT BEACH CA 92660** |

*Attorney(s) for the Defendant*

| | |
|---|---|
| Name: | **FREY, BRIAN D** |
| Appearance Date: | **10/21/2020** |
| Address: | **ALSTON & BIRD LLP** |
| | **950 F ST NW** |
| | **WASHINGTON DC 20004** |
| Phone: | **202-239-3067** |

| | |
|---|---|
| Name: | **STEIN, GRANT** |
| Appearance Date: | **10/27/2020** |
| Address: | **ALSTON & BIRD LLP** |
| | **ONE ATLANTIC CENTER** |
| | **1201 WEST PEACHTREE ST NW** |
| | **ATLANTA GA 30309-3471** |
| Phone: | **404-881-7285** |

| | |
|---|---|
| Name: | **WENDER, DAVID** |
| Appearance Date: | **10/27/2020** |
| Address: | **ALSTON & BIRD LLP** |
| | **1201 WEST PEACHTREE ST NW** |

**ATLANTA GA 30309**
Phone:    **404-881-7354**

## Court Scheduling Information

*(Schedule is subject to change)*

Event Date: **02/19/2021**    Event Time: **09:30 AM**    Judge/Magistrate: **RUBIN, RONALD B**
Location:    **50 Maryland Avenue    North Tower Courtroom 7b**    Courtroom: **7B**
Description: **SCHEDULING HEARING**

Event Date: **04/30/2021**
Description: **PLT EXPERTS IDENTIFIED/FILED BY**

Event Date: **06/14/2021**
Description: **DEF EXPERTS IDENTIFIED/FILED BY**

Event Date: **07/29/2021**
Description: **ALL WRITTEN DISCOVERY SERVED BY**

Event Date: **08/30/2021**
Description: **DISCOVERY COMPLETED**

Event Date: **09/27/2021**
Description: **ADD'L PARTIES JOINDER DEADLINE**

Event Date: **10/12/2021**
Description: **MOTIONS/INC DISPOSITIVE FILED BY**

Event Date: **10/28/2021**
Description: **MEETING OF ALL COUNSEL**

Event Date: **10/28/2021**
Description: **RULE 2-504.3(B) NOTICE DEADLINE**

Event Date: **11/08/2021**
Description: **JOINT PRETRIAL STMT FILED BY**

Event Date: **11/12/2021**    Event Time: **01:30 PM**    Judge/Magistrate: **RUBIN, RONALD B**
Location:    **50 Maryland Avenue    North Tower Courtroom 7b**    Courtroom: **7B**
Description: **SETTLEMENT/PRETRIAL HRG.**

Event Date: **11/12/2021**
Description: **ADR DEADLINE**

## Issues Information

Issue: **BREACH OF CONTRACT**
Issue: **INTERFERENCE W/CONTRACTUAL RELATIONS**
Issue: **BREACH OF CONTRACT**

## Document Tracking

Docket Date:    **09/08/2020**    Docket Number: **1**
Docket Description:    **BILL OF COMPLAINT**
Docket Type:    **Docket**    Filed By: **Plaintiff**
Docket Text:    **PLAINTIFF'S COMPLAINT FOR INJUNCTIVE RELIEF, DECLARATORY RELIEF, AND DAMAGES, AND CERTIFICATION OF ADMISSION TO PRACTICE, FILED.**

| | |
|---|---|
| Docket Date: | **09/08/2020**   Docket Number:   **2** |
| Docket Description: | **INFORMATION SHEET FILED** |
| Docket Type: | **Docket**   Filed By:   **Plaintiff** |
| Docket Text: | **PLAINTIFF'S INFORMATION SHEET, FILED.** |

| | |
|---|---|
| Docket Date: | **09/08/2020**   Docket Number:   **3** |
| Docket Description: | **SCHEDULING NOTICE, TRACK 3** |
| Docket Type: | **Docket**   Filed By:   **Court** |
| Docket Text: | **SCHEDULING NOTICE AND ORDER OF COURT (GREENBERG, J.) TRACK 3, ENTERED. (COPIES MAILED)** |

| | |
|---|---|
| Docket Date: | **09/08/2020**   Docket Number:   **4** |
| Docket Description: | **SCHEDULING AND PRETRIAL HEARING ORDER** |
| Docket Type: | **Docket**   Filed By:   **Court** |
| Docket Text: | **ORDER FOR MANDATORY SETTLEMENT CONFERENCE/PRETRIAL HEARING (GREENBERG, J.), TRACK 3, ENTERED. (COPIES MAILED)** |

| | |
|---|---|
| Docket Date: | **09/08/2020**   Docket Number:   **5** |
| Docket Description: | **ORDER, SCHEDULING** |
| Docket Type: | **Docket**   Filed By:   **Court** |
| Docket Text: | **SCHEDULING ORDER (GREENBERG, J.) TRACK 3, ENTERED. (COPIES MAILED)** |

| | |
|---|---|
| Docket Date: | **09/08/2020**   Docket Number:   **6** |
| Docket Description: | **NOTICE, NEW CASE NUMBER** |
| Docket Type: | **Docket**   Filed By:   **Court** |
| Docket Text: | **NOTICE SENT GIVING NEW CASE NUMBER TO ALL PARTIES.** |

| | |
|---|---|
| Docket Date: | **09/08/2020**   Docket Number:   **7** |
| Docket Description: | **SUMMONS ISSUED** |
| Docket Type: | **Docket**   Filed By:   **Court** |
| Docket Text: | **ONE 30 DAY AND ONE 60 DAY SUMMONS ISSUED FOR PERSONAL SERVICE AND MAILED TO ATTORNEY.** |

| | |
|---|---|
| Docket Date: | **09/10/2020**   Docket Number:   **8** |
| Docket Description: | **NOTICE, EXISTING SCHEDULE** |
| Docket Type: | **Docket**   Filed By:   **Court** |
| Docket Text: | **NOTICE OF EXISTING SCHEDULE SENT TO JESSICA RING AMUNSON, ESQ., FILED.** |

| | |
|---|---|
| Docket Date: | **09/22/2020**   Docket Number:   **9** |
| Docket Description: | **MOTION, SPECIAL ADMISSION OF COUNSEL** |
| Docket Type: | **Motion**   Filed By:   **Plaintiff**   Status:   **Granted** |
| Reference Docket(s): | **Ruling: 52** |
| Docket Text: | **JESSICA RING AMUNSON'S MOTION FOR SPECIAL OF OUT-OF-STATE ATTORNEY, LINDSAY C. HARRISON UNDER RULE 19-217 AND CERTIFICATE AS TO SPECIAL ADMISSIONS, FILED. (BLANK ORDER NOT PROVIDED)** |

| | |
|---|---|
| Docket Date: | **09/23/2020**   Docket Number:   **10** |
| Docket Description: | **MOTION, INJUNCTION** |
| Docket Type: | **Motion**   Filed By:   **Plaintiff**   Status:   **Granted** |
| Ruling Judge/Magistrate: | **RUBIN, RONALD B** |
| Reference Docket(s): | **Opposition: 16   Ruling: 67** |
| Docket Text: | **PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND OTHER APPROPRIATE RELIEF AND MEMORANDUM IN SUPPORT AND ATTACHMENTS, FILED. (NO ORDER PROVIDED) (REQUEST FOR HEARING PER TAB #13)** |

| Docket Date: | 10/07/2020   Docket Number:  11 |
|---|---|
| Docket Description: | **STIPULATION** |
| Docket Type: | **Docket**   Filed By:  **Joint** |
| Docket Text: | **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS' TO RESPOND TO COMPLAINT, FILED. (FILED BY EMAIL)** |

| Docket Date: | 10/07/2020   Docket Number:  12 |
|---|---|
| Docket Description: | **MOTION, EXTENSION OF TIME** |
| Docket Type: | **Motion**   Filed By:  **Plaintiff**   Status:  **Denied** |
| Reference Docket(s): | **Opposition: 13   Ruling: 18** |
| Docket Text: | **PLAINTIFF'S MOTION TO SET TIME FOR DEFENDANT, WARDMAN HOTEL OWNER LLC'S RESPONSE, DECLARATION OF LINDSAY HARRISON AND ATTACHMENTS, FILED. (FILED BY EMAIL)** |

| Docket Date: | 10/08/2020   Docket Number:  13 |
|---|---|
| Docket Description: | **OPPOSITION TO MOTION** |
| Docket Type: | **Opposition**   Filed By:  **Defendant** |
| Reference Docket(s): | **Motion: 12   Ruling: 18** |
| Docket Text: | **DEFENDANT, WARDMAN HOTEL OWNER, LLC'S OPPOSITION TO PLAINTIFF'S MOTION TO SET TIME FOR DEFENDANT'S RESPONSE AND TO SCHEDULE A HEARING ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION, OR, IN THE ALTERNATIVE, DEFENDANT WARDMAN HOTEL OWNER, LLC'S MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION, REQUEST FOR HERING AND ATTACHMENTS, FILED. (FILED BY EMAIL)** |

| Docket Date: | 10/09/2020   Docket Number:  14 |
|---|---|
| Docket Description: | **NOTICE, EXISTING SCHEDULE** |
| Docket Type: | **Docket**   Filed By:  **Court** |
| Docket Text: | **NOTICE OF EXISTING SCHEDULE SENT TO STEPHEN MCAULIFFE III, ESQ., FILED.** |

| Docket Date: | 10/13/2020   Docket Number:  15 |
|---|---|
| Docket Description: | **CERTIFICATE REGARDING DISCOVERY** |
| Docket Type: | **Docket**   Filed By:  **Defendant** |
| Docket Text: | **DEFENDANT WARDMAN HOTEL OWNER, LLC'S CERTIFICATE REGARDING DISCOVERY, FILED. (FILED BY EMAIL) (LP)** |

| Docket Date: | 10/13/2020   Docket Number:  16 |
|---|---|
| Docket Description: | **OPPOSITION TO MOTION** |
| Docket Type: | **Opposition**   Filed By:  **Defendant** |
| Ruling Judge/Magistrate: | **RUBIN, RONALD B** |
| Reference Docket(s): | **Motion: 10   Ruling: 67** |
| Docket Text: | **DEFENDANT WARDMAN HOTEL OWNER, LLC'S INITIAL OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND OTHER RELIEF, REQUEST FOR A HEARING AND STATEMENT OF POINTS AND AUTHORITIES, FILED. (FILED BY EMAIL)** |

| Docket Date: | 10/15/2020   Docket Number:  17 |
|---|---|
| Docket Description: | **NOTICE, EXISTING SCHEDULE** |
| Docket Type: | **Docket**   Filed By:  **Court** |
| Docket Text: | **NOTICE OF EXISTING SCHEDULE SENT TO ROSALYN TANG, ESQUIRE, FILED.** |

| Docket Date: | 10/19/2020   Docket Number:  18 |
|---|---|
| Docket Description: | **ORDER, EXTENSION OF TIME** |
| Docket Type: | **Ruling**   Filed By:  **Court**   Status:  **Denied** |
| Ruling Judge/Magistrate: | **RUBIN, RONALD B** |

| | |
|---|---|
| Reference Docket(s): | **Motion: 12   Opposition: 13** |
| Docket Text: | **ORDER OF COURT (RUBIN, J./MALIK, M.) THAT PLAINTIFF'S MOTION TO SET TIME FOR DEFENDANT WARDMAN HOTEL OWNER, LLC'S RESPONSE DE #12, BE AND HEREBY IS DENIED; THAT DEFENDANT WARDMAN HOTEL OWNER, LLC SHALL FILE A RESPONSE TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION (DE 10) AND ANSWER TO THE COMPLAINT NO LATER THAN NOVEMBER 16, 2020, ENTERED. (COPIES MAILED)** |

| | |
|---|---|
| Docket Date: | **10/21/2020**   Docket Number: **19** |
| Docket Description: | **NOTICE, HEARING DATE (MAILED)** |
| Docket Type: | **Docket**   Filed By: **Court** |
| Docket Text: | **NOTICE OF HEARING DATE FILED AND MAILED. (HEARING DATE: 12/09/2020) (LP)** |

| | |
|---|---|
| Docket Date: | **10/21/2020**   Docket Number: **20** |
| Docket Description: | **LINE ENTERING APPEARANCE OF COUNSEL** |
| Docket Type: | **Docket**   Filed By: **Defendant** |
| Docket Text: | **LINE ENTERING THE APPEARANCE OF BRIAN D. FREY AS COUNSEL FOR DEFENDANT PACIFIC LIFE INSURANCE COMPANY AND CERTIFICATION BY SIGNING ATTORNEY WITH OUT-OF-STATE OFFICE UNDER RULE 1-313 FILED. (LP)** |

| | |
|---|---|
| Docket Date: | **10/21/2020**   Docket Number: **21** |
| Docket Description: | **MOTION, SPECIAL ADMISSION OF COUNSEL** |
| Docket Type: | **Motion**   Filed By: **Other**   Status: **Granted** |
| Reference Docket(s): | **Ruling: 30** |
| Docket Text: | **BRIAN D. FREY'S MOTION FOR SPECIAL ADMISSION OF OUT-OF-STATE ATTORNEY UNDER RULE 19-217 AS TO GRANT STEIN AS COUNSEL FOR DEFENDANT PACIFIC LIFE INSURANCE COMPANY FILED. (LP)** |

| | |
|---|---|
| Docket Date: | **10/21/2020**   Docket Number: **22** |
| Docket Description: | **MOTION, SPECIAL ADMISSION OF COUNSEL** |
| Docket Type: | **Motion**   Filed By: **Other**   Status: **Granted** |
| Reference Docket(s): | **Ruling: 31** |
| Docket Text: | **BRIAN D. FREY'S MOTION FOR SPECIAL ADMISSION OF OUT-OF-STATE ATTORNEY UNDER RULE 19-217 AS TO DAVID WENDER AS COUNSEL FOR DEFENDANT PACIFIC LIFE INSURANCE COMPANY FILED. (LP)** |

| | |
|---|---|
| Docket Date: | **10/21/2020**   Docket Number: **23** |
| Docket Description: | **LINE ENTERING APPEARANCE OF COUNSEL** |
| Docket Type: | **Docket**   Filed By: **Plaintiff** |
| Docket Text: | **LINE ENTERING THE APPEARANCE OF JOHN M. QUINN AS COUNSEL FOR PLAINTIFF, FILED. (LP)** |

| | |
|---|---|
| Docket Date: | **10/21/2020**   Docket Number: **24** |
| Docket Description: | **REQUEST, B/T TRACK ASSIGNMENT** |
| Docket Type: | **Motion**   Filed By: **Plaintiff**   Status: **Granted** |
| Reference Docket(s): | **Ruling: 47** |
| Docket Text: | **PLAINTIFF'S MOTION TO ASSIGN CASE TO BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM (TRACK 6) (LP) (NO PROPOSED ORDER SUBMITTED)** |

| | |
|---|---|
| Docket Date: | **10/22/2020**   Docket Number: **25** |
| Docket Description: | **NOTICE, EXISTING SCHEDULE** |
| Docket Type: | **Docket**   Filed By: **Court** |
| Docket Text: | **NOTICE OF EXISTING SCHEDULE SENT TO BRIAN D. FREY, ESQUIRE, FILED. (LP)** |

| | |
|---|---|
| Docket Date: | **10/23/2020**   Docket Number: **26** |
| Docket Description: | **NOTICE, EXISTING SCHEDULE** |
| Docket Type: | **Docket**   Filed By: **Court** |
| Docket Text: | **NOTICE OF EXISTING SCHEDULE SENT TO JOHN M. QUINN, ESQUIRE, FILED. (LP)** |

| Docket Date: | **10/23/2020**　Docket Number: **27** |
| --- | --- |
| Docket Description: | **MEMORANDUM** |
| Docket Type: | **Docket**　Filed By: **Plaintiff** |
| Docket Text: | **PLAINTIFF'S SUPPLEMENTAL MOTION TO ASSIGN CASE TO BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM (TRACK 6), FILED. (LP) (WITHDRAWN PER DE #28)** |

| Docket Date: | **10/26/2020**　Docket Number: **28** |
| --- | --- |
| Docket Description: | **LINE, WITHDRAW PENDING ISSUE (CASE NOT CLOSE** |
| Docket Type: | **Docket**　Filed By: **Plaintiff** |
| Docket Text: | **PLAINTIFF'S LINE TO WITHDRAW SUPPLEMENTAL MOTION TO ASSIGN CASE TO BUSINESS AND TEHNOLOGY CASE MANAGEMENT PROGRAM (TRACK 6) , FILED (FILED BY EMAIL)** |

| Docket Date: | **10/26/2020**　Docket Number: **29** |
| --- | --- |
| Docket Description: | **MEMORANDUM** |
| Docket Type: | **Docket**　Filed By: **Plaintiff** |
| Docket Text: | **PLAINTIFF'S CORRECTED SUPPLEMENTAL MOTION TO ASSIGN CASE TO BUSINESS AND TECHONOLOGY CASE MANAGEMENT PROGRAM (TRACK 6) , FILED. (FILED BY EMAIL)** |

| Docket Date: | **10/26/2020**　Docket Number: **30** |
| --- | --- |
| Docket Description: | **ORDER, SPECIAL ADMISSION OF COUNSEL** |
| Docket Type: | **Ruling**　Filed By: **Court**　Status: **Granted** |
| Ruling Judge/Magistrate: | **JORDAN, RICHARD E** |
| Reference Docket(s): | **Motion: 21** |
| Docket Text: | **ORDER OF COURT (JORDAN, J./MALIK, M.) THAT BRIAN D. FREY'S MOTION FOR SPECIAL ADMISSION OF OUT-OF-STATE ATTORNEY GRANT STEIN AS COUNSEL FOR DEFENDANT, PACIFIC LIFE INSURANCE COMPANY IS GRANTED; THAT GRANT STEIN IS ADMITTED TO PRACTICE LAW IN THIS COURT FOR THE LIMITED PURPOSE OF APPEARING AND PARTICIPATING AS CO-COUNSEL IN THIS CASE; AND THAT THE PRESENCE OF ATTORNEY FREY IS NOT WAIVED UNLESS THE PRESIDING JUDGE WAIVES HIS PRESENCE (SEE MD. RULE 19-214 (D) , ENTERED. (COPIES MAILED)** |

| Docket Date: | **10/26/2020**　Docket Number: **31** |
| --- | --- |
| Docket Description: | **ORDER, SPECIAL ADMISSION OF COUNSEL** |
| Docket Type: | **Ruling**　Filed By: **Court**　Status: **Granted** |
| Ruling Judge/Magistrate: | **JORDAN, RICHARD E** |
| Reference Docket(s): | **Motion: 22** |
| Docket Text: | **ORDER OF COURT (JORDAN, J./MALIK, M.) THAT BRIAN D. FREY'S MOTION FOR SPECIAL ADMISSION OF OUT OF STATE ATTORNEY DAVID WENDER AS COUNSEL FOR DEFENDANT, PACIFIC LIFE INSURANCE COMPANY IS GRANTED; THAT DAVID WENDER IS ADMITTED TO PRACTICE LAW IN THIS COURT FOR THE LIMITED PURPOSE OF APPEARING AND PARTICIPATING AS CO-COUNSEL IN THIS CASE; AND THAT THE PRESENCE OF ATTORNEY FREY IS NOT WAIVED UNLESS THE PRECIDING JUDGE WAIVES HIS PRESENCE (SEE MD. RULE 19-214 (D), ENTERED. (COPIES MAILED)** |

| Docket Date: | **10/27/2020**　Docket Number: **32** |
| --- | --- |
| Docket Description: | **MOTION, SPECIAL ADMISSION OF COUNSEL** |
| Docket Type: | **Motion**　Filed By: **Defendant**　Status: **Granted** |
| Reference Docket(s): | **Ruling: 53** |
| Docket Text: | **ROSALYN TANG'S MOTION FOR ADMISSION OF TODD E. SOLOWAY PRO HAC VICE AS COUNSEL FOR DEFENDANT, WARDMAN HOTEL OWNER LLC, CERTIFICATE AS TO SPECIAL ADMISSION AND ATTACHMENT, FILED.** |

| Docket Date: | **10/27/2020**　Docket Number: **33** |
| --- | --- |
| Docket Description: | **MOTION, SPECIAL ADMISSION OF COUNSEL** |
| Docket Type: | **Motion**　Filed By: **Defendant**　Status: **Granted** |
| Reference Docket(s): | **Ruling: 54** |

| | |
|---|---|
| Docket Text: | **ROSALYN TANG'S MOTION FOR ADMISSION OF BRYAN T. MOHLER PRO HAC VICE AS COUNSEL FOR DEFENDANT, WARDMAN HOTEL OWNER LLC AND CERTIFICATE AS TO SPECIAL ADMISSION, FILED.** |

| | |
|---|---|
| Docket Date: | **10/27/2020**   Docket Number: **34** |
| Docket Description: | **MOTION, SPECIAL ADMISSION OF COUNSEL** |
| Docket Type: | **Motion**   Filed By: **Defendant**   Status: **Granted** |
| Reference Docket(s): | **Ruling: 55** |
| Docket Text: | **ROSALYN TANG'S MOTION FOR ADMISSION OF ITALY Y. RAZ PRO HAC VICE AS COUNSEL FOR DEFENDANT, WARDMAN HOTEL OWNER LLC AND CERTIFICATE AS TO SPECIAL ADMISSION, FILED.** |

| | |
|---|---|
| Docket Date: | **10/28/2020**   Docket Number: **35** |
| Docket Description: | **NOTICE, EXISTING SCHEDULE** |
| Docket Type: | **Docket**   Filed By: **Court** |
| Docket Text: | **NOTICE OF EXISTING SCHEDULE SENT TO GRANT STEIN, ESQ., FILED.** |

| | |
|---|---|
| Docket Date: | **10/28/2020**   Docket Number: **36** |
| Docket Description: | **NOTICE, EXISTING SCHEDULE** |
| Docket Type: | **Docket**   Filed By: **Court** |
| Docket Text: | **NOTICE OF EXISTING SCHEDULE SENT TO DAVID WENDER, ESQ., FILED.** |

| | |
|---|---|
| Docket Date: | **10/29/2020**   Docket Number: **37** |
| Docket Description: | **UNDELIVERABLE MAIL RETURNED** |
| Docket Type: | **Docket**   Filed By: **Court** |
| Docket Text: | **UNDELIVERABLE MAIL RETURNED ON NOTICE OF HEARING DATE AS TO JESSICA RING AMUNSON, ESQ. (REMAILED ON 10/30/2020)** |

| | |
|---|---|
| Docket Date: | **11/02/2020**   Docket Number: **38** |
| Docket Description: | **ADMINISTRATIVE JUDGE'S CHECK SHEET** |
| Docket Type: | **Docket**   Filed By: **Court** |
| Docket Text: | **The Court is in receipt of your request for case assignment to the business technology track. Pursuant to Rule 16-308 (c) , the administrative judge may assign actions to that track if, "... the action presents commercial or technological issues of such a complex or novel nature that specialized treatment is likely to improve the administration of justice." In order to determine whether this case meets that criteria, you must file a ONE page statement with the civil clerk's office (Room 1200) explaining why that assignment is appropriate. To assist the court in making the proper determination, please address each of the factors identified in Rule 16-308 (c) . If the above referenced ONE page statement is not filed within 15 days of the date of this order, the case will automatically be assigned to the most appropriate of the remaining civil tracks. (COPIES MAILED) (FILED)** |

| | |
|---|---|
| Docket Date: | **11/02/2020**   Docket Number: **39** |
| Docket Description: | **SUPPLEMENTAL POINTS & AUTHORITIES** |
| Docket Type: | **Docket**   Filed By: **Plaintiff** |
| Docket Text: | **PLAINTIFF'S LINE SUPPLEMENTING MOTION TO ASSIGN CASE TO BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM (TRACK 6) , FILED. (LP)** |

| | |
|---|---|
| Docket Date: | **11/04/2020**   Docket Number: **40** |
| Docket Description: | **LINE** |
| Docket Type: | **Docket**   Filed By: **Plaintiff** |
| Docket Text: | **PLAINTIFF'S LINE FILING STATEMENT PURSUANT TO MARYLAND RULE 16-308(C), FILED. (FILED BY EMAIL) (LP)** |

| | |
|---|---|
| Docket Date: | **11/05/2020**   Docket Number: **41** |
| Docket Description: | **CERTIFICATE REGARDING DISCOVERY** |
| Docket Type: | **Docket**   Filed By: **Plaintiff** |
| Docket Text: | **PLAINTIFF'S CERTIFICATE REGARDING DISCOVERY, FILED. (LP) (FILED BY EMAIL)** |

| | |
|---|---|
| Docket Date: | **11/12/2020**   Docket Number:   **42** |
| Docket Description: | **CERTIFICATE REGARDING DISCOVERY** |
| Docket Type: | **Docket**   Filed By:   **Plaintiff** |
| Docket Text: | **PLAINTIFF'S CERTIFICATE REGARDING DISCOVERY, FILED. (LP) (FILED BY EMAIL)** |

| | |
|---|---|
| Docket Date: | **11/13/2020**   Docket Number:   **43** |
| Docket Description: | **ANSWER** |
| Docket Type: | **Docket**   Filed By:   **Defendant** |
| Docket Text: | **DEFENDANT PACIFIC LIFE INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT FILED. (LP)** |

| | |
|---|---|
| Docket Date: | **11/16/2020**   Docket Number:   **44** |
| Docket Description: | **ANSWER** |
| Docket Type: | **Docket**   Filed By:   **Defendant** |
| Docket Text: | **DEFENDANT, WARDMAN HOTEL OWNER, LLC;S ANSWER TO THE COMPLAINT, FILED. (LP)** |

| | |
|---|---|
| Docket Date: | **11/16/2020**   Docket Number:   **45** |
| Docket Description: | **INFORMATION SHEET FILED** |
| Docket Type: | **Docket**   Filed By:   **Defendant** |
| Docket Text: | **DEFENDANT, WARDMAN HOTEL OWNER, LLC'S INFORMATION SHEET, FILED. (LP)** |

| | |
|---|---|
| Docket Date: | **11/16/2020**   Docket Number:   **46** |
| Docket Description: | **OPPOSITION TO MOTION** |
| Docket Type: | **Opposition**   Filed By:   **Defendant** |
| Ruling Judge/Magistrate: | **RUBIN, RONALD B** |
| Reference Docket(s): | **Motion: 10**   **Ruling: 67** |
| Docket Text: | **DEFENDANT, WARDMAN HOTEL OWNER, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND OTHER RELIEF, TABLE OF CONTENTS, REQUEST FOR A HEARING, STATEMENT OF POINTS AND AUTHORITIES, DECLARATION OF GREG BENKOWSKI AND ATTACHMENTS, FILED. (LP)** |

| | |
|---|---|
| Docket Date: | **11/18/2020**   Docket Number:   **47** |
| Docket Description: | **ORDER, B&T TRACK ASSIGNMENT** |
| Docket Type: | **Ruling**   Filed By:   **Court**   Status:   **Granted** |
| Ruling Judge/Magistrate: | **GREENBERG, ROBERT A** |
| Reference Docket(s): | **Motion: 24** |
| Docket Text: | **BUSINESS AND TECHNOLOGY CASE TRACK ASSIGNMENT ORDER OF COURT (GREENBERG, J.) THAT THE REQUEST FOR ASSIGNMENT TO THE BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM IS HEREBY GRANTED AND IS ASSIGNED TO STANDARD TRACK 6, ENTERED. (COPIES MAILED)** |

| | |
|---|---|
| Docket Date: | **11/18/2020**   Docket Number:   **48** |
| Docket Description: | **ORDER, SCHEDULING** |
| Docket Type: | **Docket**   Filed By:   **Court** |
| Docket Text: | **NOTICE OF SCHEDULING HEARING AND ORDER OF COURT (GREENBERG, J.) TRACK 6, ENTERED. (COPIES MAILED)** |

| | |
|---|---|
| Docket Date: | **11/23/2020**   Docket Number:   **49** |
| Docket Description: | **HEARING, STATUS HEARING** |
| Docket Type: | **Docket**   Filed By:   **Court** |
| Docket Text: | **STATUS HEARING (RUBIN, J.) , HELD. PLAINTIFF APPEARED BY PHONE WITH COUNSELS, MS. HARRISON AND MR. QUINN. COUNSELS FOR THE DEFENDANT WARDMAN HOTEL OWNER LLC, MR. MCAULIFFE, MR. WOOLER, AND MS. TANG** |

ALL APPEARED BY PHONE. COUNSELS FOR THE DEFENDANT PACIFIC LIFE INSURANCE COMPANY, MR. WENDER AND MR. STEIN, ALL APPEARED BY PHONE.

| | |
|---|---|
| Audio Media: | **7B-112320** Start: **15:01:08** Stop: **15:27:36** |

| | |
|---|---|
| Docket Date: | **11/23/2020** Docket Number: **50** |
| Docket Description: | **COURT SETS** |
| Docket Type: | **Docket** Filed By: **Court** |
| Docket Text: | **COURT (RUBIN, J.) SETS A PRELIMINARY INJUNCTION HEARING ON DECEMBER 01, 2020 AT 9:30 A.M. FOR 2 DAYS, BEFORE THIS MEMBER OF THE BENCH.** |

| | |
|---|---|
| Docket Date: | **11/23/2020** Docket Number: **51** |
| Docket Description: | **MEMORANDUM** |
| Docket Type: | **Docket** Filed By: **Court** |
| Docket Text: | **JUDGE RUBIN'S MEMORANDUM TO ASSIGNMENT COMMISSIONER, FILED. (LP)** |

| | |
|---|---|
| Docket Date: | **11/24/2020** Docket Number: **52** |
| Docket Description: | **ORDER, SPECIAL ADMISSION OF COUNSEL** |
| Docket Type: | **Ruling** Filed By: **Court** Status: **Granted** |
| Ruling Judge/Magistrate: | **RUBIN, RONALD B** |
| Reference Docket(s): | **Motion: 9** |
| Docket Text: | **ORDER OF COURT (RUBIN, J.) THE JESSICA RING AMUNSON'S MOTION FOR SPECIAL ADMISSION OF OUT-OF-STATE ATTORNEY LINDSAY C. HARRISON UNDER RULE 19-217 IS GRANTED AND THAT PURSUANT TO MD RULE 19-217 (D) , THE REQUIREMENT THAT LINDSAY C. HARRISON PARTICIPATE IN COURT PROCEEDINGS ONLY WHEN ACCOMPANIED BY A MARYLAND ATTORNEY SHALL BE WAIVED, ENTERED. (COPIES MAILED)** |

| | |
|---|---|
| Docket Date: | **11/24/2020** Docket Number: **53** |
| Docket Description: | **ORDER, SPECIAL ADMISSION OF COUNSEL** |
| Docket Type: | **Ruling** Filed By: **Court** Status: **Granted** |
| Ruling Judge/Magistrate: | **RUBIN, RONALD B** |
| Reference Docket(s): | **Motion: 32** |
| Docket Text: | **ORDER OF COURT (RUBIN, J.) THAT TODD E. SOLOWAY IS ADMITTED SPECIALLY FOR THE LIMITED PURPOSE OF APPEARING AND PARTICIPATING IN THIS CASE AS COUNSEL FOR DEFENDANT WARDMAN HOTEL OWNER LLC AND THAT THE REQUIREMENT THAT TODD E. SOLOWAY PARTICIPATE IN COURT PROCEEDINGS ONLY WHEN ACCOMPANIED BY A MARYLAND ATTORNEY SHALL BE AND THE SAME HEREBY IS WAIVED, ENTERED. (COPIES MAILED)** |

| | |
|---|---|
| Docket Date: | **11/24/2020** Docket Number: **54** |
| Docket Description: | **ORDER, SPECIAL ADMISSION OF COUNSEL** |
| Docket Type: | **Ruling** Filed By: **Court** Status: **Granted** |
| Ruling Judge/Magistrate: | **RUBIN, RONALD B** |
| Reference Docket(s): | **Motion: 33** |
| Docket Text: | **ORDER OF COURT (RUBIN, J.) THAT BRYAN T. MOHLER IS ADMITTED SPECIALLY FOR THE LIMITED PURPOSE OF APPEARING AND PARTICIPATING IN THIS CASE AS COUNSEL FOR DEFENDANT WARDMAN HOTEL OWNER LLC AND THAT THE REQUIREMENT THAT BRYAN T. MOHLER PARTICIPATE IN COURT PROCEEDINGS ONLY WHEN ACCOMPANIED BY A MARYLAND ATTORNEY SHALL BE AND THE SAME HEREBY IS WAIVED, ENTERED. (COPIES MAILED)** |

| | |
|---|---|
| Docket Date: | **11/24/2020** Docket Number: **55** |
| Docket Description: | **ORDER, SPECIAL ADMISSION OF COUNSEL** |
| Docket Type: | **Ruling** Filed By: **Court** Status: **Granted** |
| Ruling Judge/Magistrate: | **RUBIN, RONALD B** |

| | |
|---|---|
| Reference Docket(s): | **Motion: 34** |
| Docket Text: | **ORDER OF COURT (RUBIN, J.) THAT ITAI Y. RAZ IS ADMITTED SPECIALLY FOR THE LIMITED PURPOSE OF APPEARING AND PARTICIPATING IN THIS CASE AS COUNSEL FOR DEFENDANT WARDMAN HOTEL OWNER LLC AND THAT THE REQUIREMENT THE ITAI Y. RAZ PARTICIPATE IN COURT PROCEEDINGS ONLY WHEN ACCOMPANIED BY A MARYLAND ATTORNEY SHALL BE AND THE SAME HEREBY IS WAIVED, ENTERED. (COPIES MAILED)** |

| | |
|---|---|
| Docket Date: | **11/24/2020**   Docket Number:  **56** |
| Docket Description: | **INFORMATION SHEET FILED** |
| Docket Type: | **Docket**   Filed By:  **Defendant** |
| Docket Text: | **DEFENDANT PACIFIC LIFE INSURANCE CO.'S INFORMATION SHEET, FILED. (LP)** |

| | |
|---|---|
| Docket Date: | **11/24/2020**   Docket Number:  **57** |
| Docket Description: | **RESPONSE** |
| Docket Type: | **Docket**   Filed By:  **Plaintiff** |
| Docket Text: | **PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION AND OTHER APPROPRIATE RELIEF, DECLARATION AND ATTACHMENTS, FILED. (LP)** |

| | |
|---|---|
| Docket Date: | **11/25/2020**   Docket Number:  **58** |
| Docket Description: | **NOTICE, EXISTING SCHEDULE** |
| Docket Type: | **Docket**   Filed By:  **Court** |
| Docket Text: | **NOTICE OF EXISTING SCHEDULE SENT TO BRYAN T. MOHLER, ESQUIRE, FILED. (LP)** |

| | |
|---|---|
| Docket Date: | **11/25/2020**   Docket Number:  **59** |
| Docket Description: | **NOTICE, EXISTING SCHEDULE** |
| Docket Type: | **Docket**   Filed By:  **Court** |
| Docket Text: | **NOTICE OF EXISTING SCHEDULE SENT TO LINDSAY C. HARRISON, ESQUIRE, FILED. (LP)** |

| | |
|---|---|
| Docket Date: | **11/25/2020**   Docket Number:  **60** |
| Docket Description: | **NOTICE, EXISTING SCHEDULE** |
| Docket Type: | **Docket**   Filed By:  **Court** |
| Docket Text: | **NOTICE OF EXISTING SCHEDULE SENT TO TODD E. SOLOWAY, ESQUIRE, FILED. (LP)** |

| | |
|---|---|
| Docket Date: | **11/25/2020**   Docket Number:  **61** |
| Docket Description: | **MOTION, SPECIAL ADMISSION OF COUNSEL** |
| Docket Type: | **Motion**   Filed By:  **Plaintiff**   Status:  **Open** |
| Docket Text: | **JESSICA RING AMUNSON'S MOTION FOR SPECIAL ADMISSION OF TASSITY S. JOHNSON OUT-OF-STATE ATTORNEY UNDER RULE 19-217 AS CO-COUNSEL FOR THE PLAINTIFF, FILED. (LP)** |

| | |
|---|---|
| Docket Date: | **11/30/2020**   Docket Number:  **62** |
| Docket Description: | **CERTIFICATE REGARDING DISCOVERY** |
| Docket Type: | **Docket**   Filed By:  **Defendant** |
| Docket Text: | **DEFENDANT WARDMAN HOTEL OWNER, LLC'S CERTIFICATE REGARDING DISCOVERY, FILED. (FILED BY EMAIL) (LP)** |

| | |
|---|---|
| Docket Date: | **12/01/2020**   Docket Number:  **63** |
| Docket Description: | **HEARING** |
| Docket Type: | **Docket**   Filed By:  **Court** |
| Docket Text: | **HEARING (RUBIN, J.) ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND OTHER APPROPRIATE RELIEF AT DE #10. PLAINTIFF COUNSEL MR. QUINN, MS. HARRISON AND MR. RIETEMA APPPEARED VIA VIDEO. MR. FREY, MR. STEIN, AND MR. WENDER APPEARED VAI VIDEO ON BEHALF OF DEFENDANT, PACIFIC LIFE INSURANCE COMPANY. MR. RAZ, MR. SOLOWAY, AND MR. MCAULIFFE III APPEARED VIA VIDEO ON BEHALF OF DEFENDANT, WARDMAN HOTEL OWNER LLC.** |

| | |
|---|---|
| Audio Media: | **7B-120120**   Start: **09:30:47**   Stop: **12:28:51** |
| Audio Media: | **7B-120120**   Start: **13:33:21**   Stop: **15:30:46** |
| Audio Media: | **7B-120120**   Start: **15:50:23**   Stop: **17:22:56** |

| | |
|---|---|
| Docket Date: | **12/02/2020**   Docket Number:   **64** |
| Docket Description: | **HEARING CONTINUED (RESUMED)** |
| Docket Type: | **Docket**   Filed By:   **Court** |
| Docket Text: | **HEARING CONTINUED (RUBIN, J.) ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND OTHER APPROPRIATE RELIEF AT DE #10. PLAINTIFF COUNSEL MS. HARRISON AND MR. RIETEMA APPEARED VIA VIDEO. MR. SOLOWAY AND MR. MOHLER APPEARED VIA VIDEO ON BEHALF OF DEFENDANT WARDMAN HOTEL OWNER, LLC. DEFENDANT PACIFIC LIFE INSURANCE COMPANY NOT PRESENT.** |
| Audio Media: | **7B-120220**   Start: **09:34:33**   Stop: **12:16:28** |
| Audio Media: | **7B-120220**   Start: **13:36:18**   Stop: **14:37:34** |

| | |
|---|---|
| Docket Date: | **12/02/2020**   Docket Number:   **65** |
| Docket Description: | **COURT TAKES MATTER UNDER ADVISEMENT** |
| Docket Type: | **Docket**   Filed By:   **Court** |
| Docket Text: | **COURT (RUBIN, J.) TAKES MATTER AT DE #10 UNDER ADVISEMENT.** |

| | |
|---|---|
| Docket Date: | **12/02/2020**   Docket Number:   **66** |
| Docket Description: | **EXHIBIT SHEET FILED** |
| Docket Type: | **Docket**   Filed By:   **Court** |
| Docket Text: | **EXHIBIT SHEET, FILED.** |

| | |
|---|---|
| Docket Date: | **12/08/2020**   Docket Number:   **67** |
| Docket Description: | **ORDER, FOR APPROPRIATE RELIEF** |
| Docket Type: | **Ruling**   Filed By:   **Court**   Status:   **Granted** |
| Ruling Judge/Magistrate: | **RUBIN, RONALD B** |
| Reference Docket(s): | **Motion: 10**   **Opposition: 16** |
| Docket Text: | **ORDER OF COURT (RUBIN, J.) THAT PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND OTHER APPROPRIATE RELIEF IS GRANTED AND THAT NO MONEY BOND IS REQUIRED TO BE POSTED BY MARRIOTT UNTIL WARDMAN HAS PROVIDED PURSUANT TO THIS PRELIMINARY INJUNCTION, WORKING CAPITAL IN EXCESS OF $5 MILLION, ENTERED. (COPIES MAILED)** |

| | |
|---|---|
| Docket Date: | **12/08/2020**   Docket Number:   **68** |
| Docket Description: | **LINE** |
| Docket Type: | **Docket**   Filed By:   **Plaintiff** |
| Docket Text: | **PLAINTIFF'S LINE FILING PROMISSORY COMMITMENT PURSUANT TO MARYLAND RULE 15-503 (C) AND ATTACHMENTS, FILED. (FILED BY EMAIL) (LP)** |

| | |
|---|---|
| Docket Date: | **12/09/2020**   Docket Number:   **69** |
| Docket Description: | **INTERLOCUTORY APPEAL** |
| Docket Type: | **Docket**   Filed By:   **Defendant** |
| Docket Text: | **WARDMAN HOTEL OWNER, LLC'S NOTICE OF APPEAL, FILED.** |

| | |
|---|---|
| Docket Date: | **12/09/2020**   Docket Number:   **70** |
| Docket Description: | **MOTION, STAY** |
| Docket Type: | **Motion**   Filed By:   **Defendant**   Status:   **Granted** |
| Reference Docket(s): | **Opposition: 79**   **Ruling: 81** |
| Docket Text: | **DEFENDANT, WARDMAN HOTEL OWNER LLC'S MOTION FOR STAY OF ENFORCEMENT OF INJUNCTION PENDING APPEAL, STATEMENT OF POINTS AND AUTHORITIES, DECLARATION AND ATTACHMENTS, FILED.** |

| | |
|---|---|
| Docket Date: | **12/09/2020**   Docket Number: **71** |
| Docket Description: | **MOTION, SHORTEN TIME** |
| Docket Type: | **Motion**   Filed By: **Defendant**   Status: **Open** |
| Docket Text: | **DEFENDANT, WARDMAN HOTEL OWNER LLC'S MOTION TO SHORTEN TIME TO RESPOND TO MOTION FOR STAY OF ENFORCEMENT OF INJUNCTION PENDING APPEAL, MARYLAND RULE 1-351 CERTIFICATION AND ATTACHMENTS, FILED. (D.E.#70)** |

| | |
|---|---|
| Docket Date: | **12/09/2020**   Docket Number: **72** |
| Docket Description: | **CERTIFICATE REGARDING DISCOVERY** |
| Docket Type: | **Docket**   Filed By: **Defendant** |
| Docket Text: | **DEFENDANT, WARDMAN HOTEL OWNER, LLC'S CERTIFICATE REGARDING DISCOVERY, FILED. (FILED BY EMAIL) (LP)** |

| | |
|---|---|
| Docket Date: | **12/10/2020**   Docket Number: **73** |
| Docket Description: | **NOTICE, EXISTING SCHEDULE** |
| Docket Type: | **Docket**   Filed By: **Court** |
| Docket Text: | **NOTICE OF EXISTING SCHEDULE SENT TO COLLEEN COFFMAN, ESQUIRE, FILED. (LP)** |

| | |
|---|---|
| Docket Date: | **12/15/2020**   Docket Number: **74** |
| Docket Description: | **LINE** |
| Docket Type: | **Docket**   Filed By: **Defendant** |
| Docket Text: | **DEFENDANT WARDMAN HOTEL OWNER, LLC'S LINE SUBMITTING REQUEST FOR ORIGINAL TRANSCRIPT AND ATTACHMENT, FILED. (LP) (FILED BY EMAIL)** |

| | |
|---|---|
| Docket Date: | **12/16/2020**   Docket Number: **75** |
| Docket Description: | **COUNTERCLAIM/CROSSCLAIM/CROSS BILL** |
| Docket Type: | **Docket**   Filed By: **Defendant** |
| Docket Text: | **DEFENDANT WARDMAN HOTEL OWNER, LLC'S COUNTERCLAIM AGAINST PLAINTIFF AND DEMAND FOR JURY TRIAL, FILED. (LP) (FILED BY EMAIL)** |

| | |
|---|---|
| Docket Date: | **12/16/2020**   Docket Number: **76** |
| Docket Description: | **MEMORANDUM** |
| Docket Type: | **Docket**   Filed By: **Defendant** |
| Docket Text: | **DEFENDANT WARDMAN HOTEL OWNERS, LLC'S SUPPLEMENT TO MOTION FOR STAY OF ENFORCEMENT OF INJUNCTION PENDING APPEAL, REQUEST FOR HEARING, STATEMENT OF POINTS AND AUTHORITIES AND ATTACHMENTS, FILED. (FILED BY EMAIL) (LP)** |

| | |
|---|---|
| Docket Date: | **12/18/2020**   Docket Number: **79** |
| Docket Description: | **OPPOSITION TO MOTION** |
| Docket Type: | **Opposition**   Filed By: **Plaintiff** |
| Reference Docket(s): | **Motion: 70   Ruling: 81** |
| Docket Text: | **PLAINTIFF'S RESPONSE TO DEFENDANT WARDMAN HOTEL OWNER, LLC'S MOTION FOR STAY OF ENFORCEMENT OF INJUNCTION PENDING APPEAL AND SUPPLEMENT AND ATTACHMENTS, FILED.** |

| | |
|---|---|
| Docket Date: | **12/18/2020**   Docket Number: **80** |
| Docket Description: | **CERTIFICATE REGARDING DISCOVERY** |
| Docket Type: | **Docket**   Filed By: **Plaintiff** |
| Docket Text: | **PLAINTIFF'S CERTIFICATE REGARDING DISCOVERY, FILED. (FILED BY EMAIL)** |

| | |
|---|---|
| Docket Date: | **12/21/2020**   Docket Number: **77** |
| Docket Description: | **TRANSCRIPT OF PROCEEDINGS** |
| Docket Type: | **Docket**   Filed By: **Defendant** |
| Docket Text: | **TRANSCRIPT OF PROCEEDINGS ON HEARING ON DECEMBER 1, 2020, FILED.(LP)** |

| | |
|---|---|
| Docket Date: | **12/21/2020**    Docket Number:    **78** |
| Docket Description: | **TRANSCRIPT OF PROCEEDINGS** |
| Docket Type: | **Docket**    Filed By:    **Defendant** |
| Docket Text: | **TRANSCRIPT OF PROCEEDINGS ON HEARING ON DECEMBER 2, 2020, FILED. (LP)** |

| | |
|---|---|
| Docket Date: | **12/23/2020**    Docket Number:    **81** |
| Docket Description: | **ORDER, OPINION AND ORDER OF COURT** |
| Docket Type: | **Ruling**    Filed By:    **Court**    Status:    **Granted** |
| Ruling Judge/Magistrate: | **RUBIN, RONALD B** |
| Reference Docket(s): | **Motion: 70    Opposition: 79** |
| Docket Text: | **MEMORANDUM AND ORDER OF COURT (RUBIN, J.) THAT DEFENDANT, WARDMAN HOTEL OWNER LLC'S MOTION FOR STAY OF ENFORCEMENT OF INJUNCTION PENDING APPEAL IS DENIED, ENTERED. (COPIES MAILED)** |

| | |
|---|---|
| Docket Date: | **12/30/2020**    Docket Number:    **82** |
| Docket Description: | **MOTION, PROTECTIVE ORDER** |
| Docket Type: | **Motion**    Filed By:    **Defendant**    Status:    **Granted** |
| Reference Docket(s): | **Ruling: 84** |
| Docket Text: | **DEFENDANT PACIFIC LIFE INSURANCE COMPANY'S CONSENT MOTION FOR PROTECTIVE ORDER AND ATTACHMENTS, FILED.** |

| | |
|---|---|
| Docket Date: | **12/31/2020**    Docket Number:    **83** |
| Docket Description: | **CERTIFICATE REGARDING DISCOVERY** |
| Docket Type: | **Docket**    Filed By:    **Plaintiff** |
| Docket Text: | **PLAINTIFF'S CERTIFICATE REGARDING DISCOVERY AS TO SECOND REQUESTS FOR PRODUCTION OF DOCUMENTS, FIRST REQUESTS FOR ADMISSION AND FIRST SET OF INTERROGATORIES, FILED. (FILED BY EMAIL)** |

| | |
|---|---|
| Docket Date: | **01/07/2021**    Docket Number:    **84** |
| Docket Description: | **ORDER, PROTECTIVE (NON-DOMESTIC VIOLENCE)** |
| Docket Type: | **Ruling**    Filed By:    **Court**    Status:    **Granted** |
| Ruling Judge/Magistrate: | **RUBIN, RONALD B** |
| Reference Docket(s): | **Motion: 82** |
| Docket Text: | **PROTECTIVE ORDER OF COURT (RUBIN, J.) THAT EACH PERSON TO WHOM CONFIDENTIAL INFORMATION IS DISCLOSED SUBJECT TO THE PROVISIONS OF THIS ORDER HEREBY SUBMITS HIMSELF OR HERSELF TO THE JURISDICTION OF THIS COURT FOR THE SOLE PURPOSE OF ENFORCING THIS ORDER. AS SET FORTH ABOVE, THIS COURT SHALL RETAIN CONTINUING JURISDICTION TO ENFORCE THIS ORDER WITH RESPECT TO ANY CONFIDENTIAL INFORMATION USED OR PRODUCED IN THIS ACTION. THE EXECUTION OF THIS PROTECTIVE ORDER AND ITS ENTRY AS AN ORDER IS WITHOUT PREJUDICE TO JURISDICTIONAL OR VENUE DEFENSES OF THE PARTIES, IF ANY, ENTERED. (COPIES MAILED)** |

| | |
|---|---|
| Docket Date: | **01/11/2021**    Docket Number:    **85** |
| Docket Description: | **SUGGESTION OF BANKRUPTCY (ORDER,COURT,LINE)** |
| Docket Type: | **Docket**    Filed By:    **Defendant** |
| Docket Text: | **SUGGESTION OF BANKRUPTCY AS TO DEFENDANT WARDMAN HOTEL OWNER LLC CASE NUMBER 21-10023, FILED. (FILED BY EMAIL)** |

| | |
|---|---|
| Docket Date: | **01/15/2021**    Docket Number:    **86** |
| Docket Description: | **MOTION, EXTENSION OF TIME** |
| Docket Type: | **Motion**    Filed By:    **Plaintiff**    Status:    **Granted** |
| Reference Docket(s): | **Ruling: 87** |
| Docket Text: | **PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER, FILED. (LP) (FILED BY EMAIL)** |

| | |
|---|---|
| Docket Date: | **01/22/2021**    Docket Number:    **87** |

| | |
|---|---|
| Docket Description: | **ORDER, EXTENSION OF TIME** |
| Docket Type: | **Ruling**   Filed By:   **Court**   Status:   **Granted** |
| Ruling Judge/Magistrate: | **RUBIN, RONALD B** |
| Reference Docket(s): | **Motion: 86** |
| Docket Text: | **ORDER OF COURT (RUBIN, J.) THAT THE MOTION FOR EXTENSION OF TIME TO FILE ANSWER FILED BY PLAINTIFF, MARRIOTT HOTEL SERVICES, BE AND HEREBY IS GRANTED, ENTERED. (COPIES MAILED)** |

| | |
|---|---|
| Docket Date: | **01/27/2021**   Docket Number:   **88** |
| Docket Description: | **ORDER, ALTERNATIVE DISPUTE RESOLUTION** |
| Docket Type: | **Docket**   Filed By:   **Court** |
| Docket Text: | **ORDER OF COURT (GREENBERG, J.) FOR ALTERNATIVE DISPUTE RESOLUTION ENTERED. (COPIES MAILED) (LP)** |

| | |
|---|---|
| Docket Date: | **01/28/2021**   Docket Number:   **89** |
| Docket Description: | **CERTIFICATE OF SERVICE** |
| Docket Type: | **Docket**   Filed By:   **Defendant** |
| Docket Text: | **DEFENDANT PACIFIC LIFE INSURANCE COMPANY'S CERTIFICATE REGARDING SERVICE OF RESPONSES AND OBJECTIONS TO THE FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS BY MARRIOTT HOTEL SERVICES, INC., FILED. (LP)** |

| | |
|---|---|
| Docket Date: | **02/09/2021**   Docket Number:   **90** |
| Docket Description: | **MEMORANDUM** |
| Docket Type: | **Docket**   Filed By:   **Court** |
| Docket Text: | **JUDGE RUBIN'S MEMORANDUM TO ASSIGNMENT COMMISSIONER, FILED. (LP)** |

Go Back

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

Leslie A. Salcedo

Direct Dial: **212-210-9543**
Leslie A. Salcedo
Direct Dial: 212-210-9543
Email: leslie.salcedo@alston.com

Email: **leslie.salcedo@alston.com**

February 16, 2021

United States Bankruptcy Court
District of Maryland
6500 Cherrywood Lane
Suite 300
Greenbelt, MD 20770
Attn: Clerk of the Court/Intake

Re:     *In re Wardman Hotel Owner, L.L.C. Case No. 21-10023*
*Marriot Hotel Services, Inc. v. Wardman Hotel Owner, L.L.C. and Pacific Life Insurance*
*Company*, Civil Action No. 483406-V, Circuit Court for Montgomery County, Maryland
*Notice of Removal*

Dear Clerk of the Court:

We represent Pacific Life Insurance in connection with above refenced action.  Enclosed please find a CD containing the Notice of Removal for electronic filing.

Per my conversation with Kelly Grant, once the Notice of Removal is filed and docketed on the Court's electronic filing system, I will arrange for payment of the Notice of Removal via ECF credit card payment.

Please let me know if you need additional information. Email: leslie.salcedo@alston.com or 212-210-9543.

Sincerely,
/s/ Leslie Salcedo


Leslie A. Salcedo
Paralegal
LAS:

LEGAL02/40431636v1

Alston & Bird LLP                                                                                                              www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Fort Worth | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.