**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| In re:<br><br>WARDMAN HOTEL OWNER, L.L.C.,<br><br>       Debtor.<br> | Chapter 11 Case<br><br>Case No. 21-10023 (JTD)<br><br>Pending in the United States Bankruptcy Court for the District of Delaware |
| MARRIOTT HOTEL SERVICES, INC.<br>10400 Fernwood Road<br>Bethesda, Maryland 20817<br><br>       Plaintiff,<br>-against-<br><br>WARDMAN HOTEL OWNER, L.L.C.<br>4747 Bethesda Avenue, Suite 200<br>Bethesda, Maryland 20814<br><br>PACIFIC LIFE INSURANCE COMPANY<br>700 Newport Center Drive<br>Newport Beach, California 92660<br><br>       Defendants. | Adv. Pro. No. 21-00043 |

**NOTICE OF FILING OF STATEMENT PURSUANT TO FED. R. BANKR. P. 9027(e)(3)**

**PLEASE TAKE NOTICE** that the undersigned counsel for Marriott Hotel Services, Inc. ("Marriott"), party-in-interest in the above-referenced matter, caused to be filed with the United States Bankruptcy Court for the District of Maryland the *Statement of Marriott Hotel Services, Inc. Pursuant to Rule 9027(e)(3) of the Federal Rules of Bankruptcy Procedure* (the "Rule 9027 Statement"). A copy of the Rule 9027 Statement is attached hereto.

- 1 -

Dated: March 3, 2021

Respectfully submitted,

By: /s/ Colleen Coffman Correal

Colleen Coffman Correal
Ethridge, Quinn, Kemp, Rowan & Hartinger
33 Wood Ln.
Rockville, MD 20850
Telephone: 301-762-1696
ccc@eqlawyers.com

Lindsay Harrison
Jenner & Block LLP
1099 New York Ave. NW, Suite 900
Washington, DC 20001
Tel. 202-639-6000
Fax: 202-639-6066
lharrison@jenner.com

Paul Rietema (*pro hac* forthcoming)
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654
Tel: 312-222-9350
prietema@jenner.com

Alex S. Trepp (*pro hac* forthcoming)
Jenner & Block LLP
1099 New York Ave. NW, Suite 900
Washington, DC 20001
Tel: 202-639-6000
Fax: 303-639-6066
atrepp@jenner.com

*Attorneys for Marriott Hotel Services, Inc.*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | |
|---|---|
| In re:<br><br>WARDMAN HOTEL OWNER, L.L.C.,<br><br>                    Debtor. | Chapter 11 Case<br><br>Case No. 21-10023 (JTD)<br><br>Pending in the United States Bankruptcy Court for the District of Delaware |
| MARRIOTT HOTEL SERVICES, INC.<br>10400 Fernwood Road<br>Bethesda, Maryland 20817<br><br>                    Plaintiff,<br>-against-<br><br>WARDMAN HOTEL OWNER, L.L.C.<br>4747 Bethesda Avenue, Suite 200<br>Bethesda, Maryland 20814<br><br>PACIFIC LIFE INSURANCE COMPANY<br>700 Newport Center Drive<br>Newport Beach, California 92660<br><br>                    Defendants. | Adv. Pro. No. 21-00043 |

**STATEMENT OF MARRIOTT HOTEL SERVICES, INC. PURSUANT TO
RULE 9027(e)(3) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Marriott Hotel Services, Inc. ("Marriott"), plaintiff in Civil Action No. 483406-V from the Circuit Court for Montgomery County, Maryland (the "State Court Action"), by and through its undersigned counsel, submits this statement (the "Statement"), pursuant to Rule 9027(e)(3) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to the Notice of Removal, dated February 18, 2021 (the "Notice of Removal"), filed by co-defendant Pacific Life Insurance Company [ECF No. 2 ].

- 1 -

**Response**

1. The Notice of Removal contends that the claims asserted by and against Marriott in the State Court Action both "arise under" and "relate to" the pending chapter 11 bankruptcy case of Wardman Hotel Owner L.L.C. filed on January 11, 2021 in the United States Bankruptcy Court for the District of Delaware. *See* ECF No. 2 at ¶ 2. The statutory bases alleged for these contentions are 28 U.S.C. § 157(b), § 1334(b), and § 1452.

2. Bankruptcy Rule 9027(e)(3) provides:

> Any party who has filed a pleading in connection with the removed claim or cause of action, other than the party filing the notice of removal, shall file a statement that the party does or does not consent to entry of final orders or judgment by the bankruptcy court. A statement required by this paragraph shall be signed pursuant to Rule 9011 and shall be filed not later than 14 days after the filing of the notice of removal. Any party who files a statement pursuant to this paragraph shall mail a copy to every other party to the removed claim or cause of action.

Fed. R. Bankr. P. 9027(e)(3).

3. In response to the requirements of Bankruptcy Rule 9027(e)(3) Marriott states as follows: Marriott does not consent to the entry of final orders or judgments by the Bankruptcy Court.

4. The Notice of Removal contains commentary and characterizations that do not require a response in order to satisfy the requirements of Bankruptcy Rule 9027(e)(3). Accordingly, Marriott will not, through this Statement, respond to the mischaracterizations and gratuitous commentary included in the Notice of Removal. Marriott reserves the right and opportunity to do so if and when necessary or appropriate.

## **RESERVATION OF RIGHTS**

5.  Marriott reserves the right to amend, modify, or supplement this Statement in all respects. Nothing herein constitutes a waiver of Marriott's rights or remedies.

Dated: March 3, 2021

        Respectfully submitted,

        By: <u>/s/ Colleen Coffman Correal</u>

        Colleen Coffman Correal
        Ethridge, Quinn, Kemp, Rowan & Hartinger
        33 Wood Ln.
        Rockville, MD 20850
        Telephone: 301-762-1696
        ccc@eqlawyers.com

        Lindsay Harrison
        Jenner & Block LLP
        1099 New York Ave. NW, Suite 900
        Washington, DC 20001
        Tel. 202-639-6000
        Fax: 202-639-6066
        lharrison@jenner.com

        Paul Rietema (*pro hac* forthcoming)
        Jenner & Block LLP
        353 N. Clark St.
        Chicago, IL 60654
        Tel: 312-222-9350
        prietema@jenner.com

        Alex S. Trepp (*pro hac* forthcoming)
        Jenner & Block LLP
        1099 New York Ave. NW, Suite 900
        Washington, DC 20001
        Tel: 202-639-6000
        Fax: 303-639-6066
        atrepp@jenner.com

        *Attorneys for Marriott Hotel Services, Inc.*

- 4 -

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that, on this 3rd Day of March, 2021, a copy of the foregoing was emailed and mailed first class to:

  J. Stephen McAuliffe III
  Rosalyn Tang
  Miles & Stockbridge P.C.
  11 North Washington Street, Suite 700
  Rockville, Maryland 20850
  Telephone: (301) 762-1600
  smcauliffe@milesstockbridge.com
  rtang@milesstockbridge.com

  Todd E. Soloway
  Bryan T. Mohler
  PRYOR CASHMAN LLP
  7 Times Square
  New York, New York 10036
  Tel 212-421-4100
  Fax 212-798-6907
  tsoloway@pryorcashman.com
  bmohler@pryorcashman.com

  Grant T. Stein
  David A. Wender
  Brian D. Frey
  ALSTON & BIRD LLP
  1201 West Peachtree Street
  One Atlantic Center
  Atlanta, Georgia 30309-3424
  Tel 404-881-7354
  Fax 404-253-8563
  Grant.stein@alston.com
  david.wender@alston.com

                                        <u>/s/ Colleen Coffman Correal</u>
                                        Colleen Coffman Correal